# Court of Appeals
## Tenth Appellate District of Texas

10-25-00209-CV

In re Andrea Roberts

Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator Andrea Roberts's petition for writ of mandamus, filed on July 9, 2025, is denied.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: July 14, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Petition Denied
OT06

